UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMEKA ORAEGBU, Individually and on Behalf of All Others Similarly Situated,<br><br>                            **Plaintiff,**<br><br>-against-<br><br>AXION LLC, AXION HEALTHCARE SOLUTIONS LLC, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION and KINGS COUNTY HOSPITAL, Jointly and Severally,<br><br>                            **Defendants.** | 18 Civ. 10688 (GBD) |

**AFFIDAVIT OF BRENT E. PELTON IN SUPPORT OF PLAINTIFF'S
MOTION FOR APPROVAL OF FLSA SETTLEMENT**

I, Brent E. Pelton, declare as follows:

      1.      I am an attorney admitted before this Court.  I am a member of the firm of Pelton Graham LLC ("Pelton Graham") in New York, New York, Plaintiff's Counsel herein.

      2.      I am one of the lawyers primarily responsible for the prosecution of Plaintiff's claims against Defendants in the following action: *Oraegbu v. Axion LLC, et al.*, Civil Action No. 18 Civ. 10688 (GBD) (hereinafter referred to as the "Action").

      3.      I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**Plaintiff's Counsel's Fees and Costs**

      4.      To date, our firm's efforts in litigating and settling this action have been without compensation.

5. The Plaintiff agreed to Plaintiff's counsel's fees of up to one-third of the settlement fund and reimbursement for costs. Specifically, he agreed in his individually negotiated retainer agreement, that Pelton Graham would recover up to one-third of the gross settlement, or counsel's hourly rate, whichever was greater, plus litigation costs.

6. I graduated from Northwestern School of Law at Lewis and Clark College and have approximately fourteen (14) years of experience practicing within the Southern and Eastern districts of New York and the New York State court system, and significant experience litigating Fair Labor Standards Act and New York Labor Law unpaid wages lawsuits, including serving as lead counsel on two (2) multi-plaintiff federal wage and hour jury trials. I am a member of the National Employment Lawyers Association ("NELA") and NELA's New York Chapter. I was nominated as a Super Lawyer – Rising Star for the New York Metro area in the practice area of Employment Litigation in 2013 and a Super Lawyer for the New York Metro area in 2014, 2015 and 2016. I am frequently contacted by the media and the press to discuss current employment law related issues, and I have been a panelist on several CLE seminars on the topic of employment litigation. I am also admitted to practice in the State of California. My hourly billable rate is $450.

7. Kristen Boysen is an associate with Pelton Graham who has worked for the firm since October 2014. Ms. Boysen is a 2014 graduate of the University of Pennsylvania Law School. She is admitted to practice in the State of New York and the Southern and Eastern Districts of New York. Ms. Boysen's hourly rate was $250 during the pendency of this litigation.

8. Adriana Sandoval is a paralegal with Pelton Graham who is fluent in Spanish and English. Ms. Sandoval graduated from CUNY City College of New York in 2014 with a bachelor's degree in Spanish Literature. In total, Ms. Sandoval has over five (5) years' experience working as a paralegal. Prior to working at Pelton Graham, Ms. Sandoval worked as a paralegal for

approximately two (2) years for a solo practitioner who specializes in dental and medical practice transitions, mergers and employment agreements. Ms. Sandoval's hourly billable rate is $125.00.

9. Pelton Graham routinely litigates against a number of the largest and best capitalized employment defense firms in the nation and relies on a small number of resolutions to continue to represent primarily low-income individuals in employment rights litigation.

10. Based on our firm's extensive experience in precisely this type of litigation and our thorough familiarity with the factual and legal issues in this case, we have reached the firm conclusion that the proposed Settlement is clearly in the best interests of the plaintiffs.

11. To date, we have spent approximately 58 hours in prosecuting and settling this matter and we anticipate expending more hours after the date of this affidavit in administering the settlement approval and payout process.

12. The hours reported are reasonable for a case of this complexity and magnitude and were compiled from contemporaneous time records maintained by each attorney and paralegal participating in this case. A copy of Pelton Graham's contemporaneous time records for this matter are attached hereto as **Exhibit 1** and a copy of Pelton Graham's record of litigation costs is attached as **Exhibit 2**.

I declare under penalty of perjury, under 28 U.S.C.§1746, that the foregoing is true and correct.

Executed this 14th day of March, 2019.
New York, New York

                                         _/s/ Brent E. Pelton_____
                                         Brent E. Pelton

                                         **PELTON GRAHAM LLC**
                                         111 Broadway, Suite 1503
                                         New York, NY 10006

>Telephone: (212) 385-9700
>Facsimile: (212) 385-0800
>Email: pelton@peltongraham.com

>*Attorneys for Plaintiffs*

# EXHIBIT 1

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 03/14/2019 | 🕒 | Revised letter motion to restore, e-mailed to BEP for review. Made final adjustments to fairness letter and Pelton Declaration re fees.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.33 | 250.00 | 83.33 |
| 03/14/2019 | 🕒 | Finalize settlement materials. Call and emails with defense counsel and oversee submissions.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 1.00 | 450.00 | 450.00 |
| 03/13/2019 | 🕒 | E-mail to defense counsel re: Plaintiff's executed settlement agreement and exhibits, motion to restore<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.08 | 250.00 | 20.83 |
| 03/12/2019 | 🕒 | Reviewed settlement agreement with client<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.75 | 250.00 | 187.50 |
| 03/11/2019 | 🕒 | Finished drafting fairness letter. prepared draft motion to restore. E-mailed same to BEP/TBG for review.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 2.00 | 250.00 | 500.00 |
| 03/07/2019 | 🕒 | Reviewed docket/complaint. Started drafting fairness letter.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 1.00 | 250.00 | 250.00 |
| 03/07/2019 | 🕒 | E-mail to Kim Brown re circulating finalized version of settlement agreement<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.03 | 250.00 | 8.33 |
| 03/04/2019 | 🕒 | Reviewed Kim Brown's additional revisions to settlement agreement. E-mailed Brown re adding signature lines for principals.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.33 | 250.00 | 83.33 |
| | | | | | **58.77h** | | **$17,951.67** |

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 02/22/2019 | 🕐 | Reviewed Kim Brown's draft settlement comment, marked up same.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.67 | 250.00 | 166.67 |
| 02/22/2019 | 🕐 | Prepared draft settlement agreement, e-mailed same to defense counsel.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 1.50 | 250.00 | 375.00 |
| 02/14/2019 | 🕐 | Drafted letter to Judge Daniels requesting adjournment of 2/21/19 initial conference and Defendants' 2/22/19 answer deadline. Correspondence with defense counsel re same.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.50 | 250.00 | 125.00 |
| 02/11/2019 | 🕐 | Participate in mediation before Michael Starr - reach resolution.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 6.50 | 450.00 | 2,925.00 |
| 02/11/2019 | 🕐 | Participated in mediation with Michael Starr<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 6.00 | 250.00 | 1,500.00 |
| 02/10/2019 | 🕐 | Researched and printed case law re: retaliation, gap time for mediation<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 4.00 | 250.00 | 1,000.00 |
| 02/08/2019 | 🕐 | Prepare for mediation - call client to discuss same.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 1.50 | 450.00 | 675.00 |
| 02/07/2019 | 🕐 | Phone call with mediator re damages<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.22 | 250.00 | 54.17 |
| 02/06/2019 | 🕐 | Call with mediator and reach out to defense counsel regarding upcoming mediation.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 0.80 | 450.00 | 360.00 |
|  |  |  |  |  | **58.77h** |  | **$17,951.67** |

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 02/06/2019 | 🕐 | Phone call with mediator<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.58 | 250.00 | 145.83 |
| 01/29/2019 | 🕐 | Phone call with Emeka re Defendants' records<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.83 | 250.00 | 208.33 |
| 01/25/2019 | 🕐 | Phone call with Kimberly Brown re arrival/departure logs prior to April 2017<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.07 | 250.00 | 16.67 |
| 01/25/2019 | 🕐 | Phone call with Emeka re Defendants' records<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.12 | 250.00 | 29.17 |
| 01/18/2019 | 🕐 | Conference call with mediator and all parties<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Brent Pelton | 0.50 | 450.00 | 225.00 |
| 01/18/2019 | 🕐 | Prepared document production and e-mailed same to defense counsel.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.17 | 250.00 | 41.67 |
| 01/18/2019 | 🕐 | Phone call with Emeka re any additional records<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.23 | 250.00 | 58.33 |
| 01/18/2019 | 🕐 | Phone call with Emeka re upcoming mediation<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.10 | 250.00 | 25.00 |
| 01/18/2019 | 🕐 | Conference call with mediator and all parties<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.50 | 250.00 | 125.00 |
| 01/15/2019 | 🕐 | Call with mediator and defense counsel regarding informal discovery and damages. Call to client to discuss mediation.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Brent Pelton | 1.50 | 450.00 | 675.00 |
| | | | | | **58.77h** | | **$17,951.67** |

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 01/11/2019 | 🕐 | Reviewed complaint/damages in preparation for conference call.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.50 | 250.00 | 125.00 |
| 01/11/2019 | 🕐 | brief discussion with KEB re conference call, email to all parties again to confirm participation<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.17 | 125.00 | 20.83 |
| 01/09/2019 | 🕐 | Phone call with Emeka re status of the case<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.13 | 250.00 | 31.25 |
| 01/08/2019 | 🕐 | prepare & schedule meeting in Google Calendar with all parties - reply emails re time etc.<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.33 | 125.00 | 41.67 |
| 12/21/2018 | 🕐 | brief discussion with KEB re Order and service, entered dates from Order into calendar<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.30 | 125.00 | 37.50 |
| 12/12/2018 | 🕐 | Meeting with client to discuss status of action.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 1.00 | 450.00 | 450.00 |
| 12/12/2018 | 🕐 | Phone call with Emeka Oraegbu re status of case<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.08 | 250.00 | 20.83 |
| 12/11/2018 | 🕐 | File: Scan/Upload/File AOS for 2 defendants with the Court via ECF, updated calendar with answer dates, brief discussion with KEB regarding service<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.42 | 125.00 | 52.08 |
| 11/29/2018 | 🕐 | Draft: draft cover letter to DLS with service instructions and information, email re same<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.42 | 125.00 | 52.08 |
| | | | | | 58.77h | | $17,951.67 |

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 11/29/2018 | 🕐 | Email to : emails to DLS regarding service, questions re defendants, research DOS for address information<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.33 | 125.00 | 41.67 |
| 11/29/2018 | 🕐 | Email to : brief discussion with KEB, email to Howard c/o DLS regarding service on corp.<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.33 | 125.00 | 41.67 |
| 11/20/2018 | 🕐 | Uploaded documents to prep for service, brief discussion with BEP & KEB regarding contact with attorney, email to Howard c/o DLS regarding service on hospital<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.42 | 125.00 | 52.08 |
| 11/20/2018 | 🕐 | Upload/Review Order CMP & Scheduling Order, brief discussion with KEB regarding dates from Order, enter dates into calendar with information from Order etc.<br>● Unbilled | 00327-Oraegbu Axion Health | Adriana Sandoval | 0.50 | 125.00 | 62.50 |
| 11/19/2018 | 🕐 | Phone call with Emeka re: filing amended complaint, next steps in the litigation<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.17 | 250.00 | 41.67 |
| 11/16/2018 | 🕐 | Discuss required revisions to complaint and oversee filing of same with breach of contract claim for gap-time.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 0.50 | 450.00 | 225.00 |
| 11/16/2018 | 🕐 | Drafted amended complaint -- added breach of contract/quasi-contract claims. E-mailed to BEP/TBG for review.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.50 | 250.00 | 125.00 |
|  |  |  |  |  | **58.77h** |  | **$17,951.67** |

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 11/16/2018 | 🕐 | Discussion with BEP/TBG re gap time, amending complaint as matter of right<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.25 | 250.00 | 62.50 |
| 11/15/2018 | 🕐 | Review complaint and discuss same with client prior to filing.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Brent Pelton | 1.40 | 450.00 | 630.00 |
| 11/15/2018 | 🕐 | Revised draft complaint (added info re HHC/joint employer relationship), e-mailed to TBG for review.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 1.00 | 250.00 | 250.00 |
| 09/26/2018 | 🕐 | Review demand letter and discuss same with KEB and client.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Brent Pelton | 0.80 | 450.00 | 360.00 |
| 09/25/2018 | 🕐 | Revised demand letter/draft complaint as per BEP's suggestions. Revised damages analysis.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 1.50 | 250.00 | 375.00 |
| 09/24/2018 | 🕐 | Review draft demand letter and discuss with KEB.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Brent Pelton | 0.40 | 450.00 | 180.00 |
| 09/19/2018 | 🕐 | Phone call with Emeka re status of demand letter<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.05 | 250.00 | 12.50 |
| 09/11/2018 | 🕐 | Phone call with Emeka re payroll records. Adjusted damages/demand letter accordingly re shaved hours.<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.50 | 250.00 | 125.00 |
| 09/07/2018 | 🕐 | Made minor revisions to demand letter/complaint. E-mailed to BEP for review. | 00327-Oraegbu<br>Axion Health | Kristen Boysen | 0.25 | 250.00 | 62.50 |

**58.77h**   **$17,951.67**

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | |
| 09/06/2018 | 🕒 | Added information re time sheet to demand letter/draft complaint, e-mailed to Emeka for review<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.17 | 250.00 | 41.67 |
| 09/06/2018 | 🕒 | Phone call with Emeka re altered time sheet<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.33 | 250.00 | 83.33 |
| 09/06/2018 | 🕒 | Phone call with Emeka re paystubs/other documents<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.08 | 250.00 | 20.83 |
| 09/05/2018 | 🕒 | Phone call with Emeka re: documents in his possession<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.28 | 250.00 | 70.83 |
| 09/04/2018 | 🕒 | E-mail to Emeka re: revised damages analysis. Reminder to send over documents/let me know if any changes are necessary to demand letter.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.17 | 250.00 | 41.67 |
| 09/04/2018 | 🕒 | E-mail to Emeka re draft demand letter/complaint/initial damages analysis. Reminder to send over any documents in his possession.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.17 | 250.00 | 41.67 |
| 08/30/2018 | 🕒 | Prepared draft complaint<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 2.00 | 250.00 | 500.00 |
| 08/28/2018 | 🕒 | Continued drafting demand letter<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 1.00 | 250.00 | 250.00 |
| | | | | | **58.77h** | | **$17,951.67** |

# Activities Export

03/14/2019
12:26 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 08/23/2018 | 🕐 | Call with Emeka regarding status of job search, etc.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 0.40 | 450.00 | 180.00 |
| 08/08/2018 | 🕐 | Phone call with Emeka Oraegbu<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 1.28 | 250.00 | 320.83 |
| 08/07/2018 | 🕐 | Phone call with Emeka Oraegbu<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 0.33 | 250.00 | 83.33 |
| 08/03/2018 | 🕐 | Started preparing draft complaint. Research re: Axion Healthcare/HHC.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 1.50 | 250.00 | 375.00 |
| 08/02/2018 | 🕐 | Reviewed notes from intake with client and began drafting demand letter/draft complaint. Prepared damages analysis.<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 3.00 | 250.00 | 750.00 |
| 07/18/2018 | 🕐 | Initial consultation with potential client to discuss claims and whether it makes sense to bring an action or get a job first.<br>● Unbilled | 00327-Oraegbu Axion Health | Brent Pelton | 2.00 | 450.00 | 900.00 |
| 07/18/2018 | 🕐 | Initial intake meeting with Emeka Oraegbu<br>● Unbilled | 00327-Oraegbu Axion Health | Kristen Boysen | 2.00 | 250.00 | 500.00 |
| | | | | | **58.77h** | | **$17,951.67** |

# EXHIBIT 2

# Activities Export

03/14/2019
12:21 PM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 11/15/2018 | $ | Filed Complaint SDNY<br>Filing Fee $ 400.00, Receipt Number ANYSDC-15921431<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Adriana Sandoval | - | 400.00 | 400.00 |
| 11/29/2018 | $ | Flat Rate Priority Postage Legal - DLS Service Documents<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Adriana Sandoval | - | 7.00 | 7.00 |
| 12/31/2018 | $ | DLS - Service of Process<br>Invoice# 378502<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Adriana Sandoval | - | 124.00 | 124.00 |
| 12/31/2018 | $ | DLS- Service of Process<br>Invoice# 378503<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Adriana Sandoval | - | 126.50 | 126.50 |
| 12/31/2018 | $ | DLS - Service of Process<br>Invoice# 378504<br>● Unbilled | 00327-Oraegbu<br>Axion Health | Adriana Sandoval | - | 124.00 | 124.00 |
| | | | | | **0.00h** | | **$781.50** |