## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
EMEKA ORAEGBU, *individually and on behalf of all others similarly situated*,

                          Plaintiff,

    -against-

AXIOM LLC, AXIOM HEALTHCARE SOLUTIONS LLC, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and KINGS COUNTY HOSPITAL, *jointly and severally*,

                          Defendants.

------------------------------------------x

ORDER APPROVING FLSA SETTLEMENT

18 Civ. 10688 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (*See* ECF Nos. 27–28.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $58,000.00 is approved;

2. The request by Pelton Graham LLC for attorneys' fees and costs in the amount of $19,854.31, one-third (1/3) of the settlement amount, is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to close this case accordingly.

Dated: March 15, 2019
       New York, New York

SO ORDERED.

*[signature: George B. Daniels]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE